<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

—————————

**No. 07-1411**

—————————

ANGONETHA SINGLETON,

Plaintiff - Appellant,

and

GREGORY CULLER; KIMBERLY OSBORNE; MARGARET
GREENE,

Plaintiffs,

versus

THRIFTY CAR RENTAL, a/k/a GSP Transportation,
Incorporated,

Defendant - Appellee.

—————————

**No. 07-1428**

—————————

MARGARET GREENE,

Plaintiff - Appellant,

and

GREGORY CULLER; KIMBERLY OSBORNE; ANGONETHA
SINGLETON,

Plaintiffs,

versus

THRIFTY CAR RENTAL, a/k/a GSP Transportation,
Incorporated,

Defendant - Appellee.

_____

Appeals from the United States District Court for the District of
South Carolina, at Columbia.  Margaret B. Seymour, District Judge.
(3:05-cv-01758-MBS)

_____

Submitted:  December 20, 2007      Decided:  December 26, 2007

_____

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

No. 07-1411 affirmed; No. 07-1428 dismissed by unpublished per
curiam opinion.

_____

Angonetha Singleton, Margaret Greene, Appellants Pro Se.  David
Allen Alexander, Cecil Huron Nelson, Jr., CECIL H. NELSON, JR.,
L.L.C., Greenville, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angonetha Singleton and Margaret Greene appeal the district court's order adopting the recommendation of the magistrate judge and granting summary judgment in favor of Defendant in their 42 U.S.C. §§ 2000e-2000e-17 (2000) action.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Dir., Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on March 30, 2007. Greene's notice of appeal was filed on May 14, 2007. Because Greene failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis and dismiss her appeal, No. 07-1418.

With regard to Singleton, we have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm in No. 07-1411 for the reasons stated by the district court. Culler v. Thrifty Car Rental, No. 3:05-cv-01758- MBS (D.S.C. March 30, 2007). We dispense with oral argument

- 3 -

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 07-1411 <u>AFFIRMED</u><br>No. 07-1428 <u>DISMISSED</u>

- 4 -